CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. EARLINGTON

REALTY CORPORATION, Appellant, Impleaded with PRESTO ELECTRIC Co., INC., Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.